**Finley ARNETT et al., Appellants,**

**v.**

**Howard HENSLEY, Appellee.**

Court of Appeals of Kentucky.

Dec. 17, 1954.

Marcus Mann, Salyersville, for appellants.

Nickell & Walter, Gardner & Gabbard, West Liberty, for appellee.

PER CURIAM.

We are affirming the $600 judgment in favor of the appellee because we think (1) the question of the plaintiff's contributory negligence was for the jury; and (2) the instruction objected to was not improper,

in view of the positive testimony of the officers who measured the visibility distance at the curve where the accident occurred, and which made KRS 189.400 applicable to the case.

The motion for an appeal is overruled, and the judgment is affirmed.